UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINWE A. ATUEGWU,

                Plaintiff,

     -against-

IRS USA,

                Defendant.

22-CV-5204 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 14, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 14, 2022
           New York, New York

                                     /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                     Chief United States District Judge